| 1. Person Reporting (last name, first, middle initial)<br><br>Morgan, Donna S. | 2. Court or Organization<br><br>U.S. District Court, Eastern District of Louisiana | 3. Date of Report<br><br>6/7/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,   Date 6/7/2011<br>☐ Initial   ☐ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2010<br>to<br>6/6/2011 |
| 7. Chambers or Office Address<br><br>Phelps Dunbar LLP<br>365 Canal St., Suite 2000<br>New Orleans, LA 70130-6534 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Phelps Dunbar L.L.P. |
| 2. Director | New Orleans Association for Women Attorneys |
| 3. Board of Trustees | Louisiana State University Paul M. Hebert Law Center |
| 4. Fellow and State Co-Chair for 2011 | American Bar Foundation |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | Wiener Weiss and Madison PC SIMPLE IRA Retirement Plan with former employer |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | Phelps Dunbar L.L.P. - salary | $253,584.00 |
| 2. | 2010 | Phelps Dunbar L.L.P. - salary | $384,559.00 |
| 3. | 2011 | Phelps Dunbar L.L.P. - salary | $99,200.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | McGlinchey Stafford - salary |
| 2. | 2011 | McGlinchey Stafford - salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 6/7/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Keypoint Federal Credit Union Account | A | Interest | L | T | Exempt | | | | |
| 2. | Iberia Bank checking accounts | A | Interest | L | T | | | | | |
| 3. | Fidelity Contrafund | A | Dividend | M | T | | | | | |
| 4. | Eaton Vance Large-Cap Value A | A | Dividend | L | T | | | | | |
| 5. | Franklin Growth Fund A | A | Dividend | L | T | | | | | |
| 6. | Franklin Growth A | A | Dividend | L | T | | | | | |
| 7. | American Funds EuroPacific Gr R6 | A | Dividend | K | T | | | | | |
| 8. | T. Rowe Price Equity Income | A | Dividend | K | T | | | | | |
| 9. | Franklin Equity Income A | B | Dividend | L | T | | | | | |
| 10. | Artisan Mid Cap Inv | | None | K | T | | | | | |
| 11. | Schwab Small Cap Index | A | Dividend | K | T | | | | | |
| 12. | Janus Overseas T | A | Dividend | K | T | | | | | |
| 13. | Harbor International Inv | A | Dividend | K | T | | | | | |
| 14. | BlackRock Global Allocation Inst | A | Dividend | K | T | | | | | |
| 15. | JHancock3 Small Company I | | None | K | T | | | | | |
| 16. | Invesco Mid Cap Core Equity | A | Dividend | K | T | | | | | |
| 17. | American Funds New Perspective A | A | Dividend | J | T | | | | | |

1. Income Gain Codes.   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 8

Name of Person Reporting

Morgan, Donna S.

Date of Report

6/7/2011

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | Wells Fargo Advantage Spec SmCp Val A | A | Dividend | J | T | | | | | |
| 19. | Templeton Foreign A | A | Dividend | J | T | | | | | |
| 20. | Mutual Quest A | | None | J | T | | | | | |
| 21. | Franklin Balance Sheet Investment A | A | Dividend | J | T | | | | | |
| 22. | American Funds Washington Mutual C | A | Dividend | J | T | | | | | |
| 23. | American Funds Invmt Co of Amer A | A | Dividend | J | T | | | | | |
| 24. | Franklin Balance Sheet Investment A | A | Dividend | J | T | | | | | |
| 25. | Templeton Foreign A | A | Dividend | J | T | | | | | |
| 26. | Templeton Growth A | A | Dividend | J | T | | | | | |
| 27. | Franklin Flex Cap Growth A | | None | J | T | | | | | |
| 28. | Mutual Quest A | B | Dividend | J | T | | | | | |
| 29. | Franklin Small-Mid Cap Growth A | | None | J | T | | | | | |
| 30. | Wells Fargo Advantage Spec SmCp Val A | A | Dividend | J | T | | | | | |
| 31. | Templeton Growth A | A | Dividend | J | T | | | | | |
| 32. | Fidelity Advisor New Insights C | A | Dividend | J | T | | | | | |
| 33. | Oppenheimer Developing Markets Y | | None | K | T | | | | | |
| 34. | Franklin Flex Cap Growth A | | None | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Franklin Small-Mid Cap Growth A | | None | J | T | | | | | |
| 36. Midland Life Universal Life Policies | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| (See Column C2) | U –Book Value | V –Other | W –Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 7 of 8

Name of Person Reporting

Morgan, Donna S.

Date of Report

6/7/2011

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

FINANCIAL DISCLOSURE REPORT

Page 8 of 8

Name of Person Reporting

Morgan, Donna S.

Date of Report

6/7/2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Donna A. Morgan_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 149 | 310 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 897 | 164 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 4 | 432 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 317 | 737 |
| Real estate owned – personal residence | | 750 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 115 | 000 | | | | |
| Cash value-life insurance | | 17 | 294 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 322 | 169 |
| | | | | Net Worth | 1 | 606 | 599 |
| Total Assets | 1 | 928 | 768 | Total liabilities and net worth | 1 | 928 | 768 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |